NUMBER 13-04-493-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

JEFFREY RAIN BUCKNER HILL,                                          Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the 139th District Court 
of Hidalgo County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Castillo
Memorandum Opinion Per Curiam

         Appellant, JEFFREY RAIN BUCKNER HILL, attempted to perfect an appeal from
a judgment entered by the 139th District Court of Hidalgo County, Texas. Sentence
in this cause was imposed on April 23, 2004. A timely motion for new trial was filed
on May 21, 2004. The notice of appeal was due to be filed on July 22, 2004, but
was not filed until August 31, 2004. Said notice of appeal is untimely filed. 
Appellant filed an untimely motion to permit late filing of the notice of appeal on
October 6, 2004.
         Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension
of time for filing notice of appeal if such notice is filed within fifteen days of the last
day allowed and within the same period a motion is filed in the court of appeals
reasonably explaining the need for such extension. Appellant failed to file his notice
of appeal and motion requesting an extension of time within such period. 
         The Court, having considered the documents on file, appellant's failure to timely
perfect his appeal, and appellant’s untimely motion, is of the opinion that the appeal
should be dismissed for want of jurisdiction. Appellant’s untimely motion to permit
late filing of notice of appeal is dismissed. The appeal is hereby DISMISSED FOR
WANT OF JURISDICTION.
                                                                                 PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed this
the 28th day of October, 2004.